BRYAN SCHRODER
United States Attorney

ALLISON M. O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:20-cr-00066-JMK-DMS |
| Plaintiff, | COUNT 1: |
| | UNLAWFUL USER OF |
| vs. | CONTROLLED SUBSTANCE IN |
| | POSSESSION OF A FIREARM |
| RAUF ISNAIL SCOTT, | Vio. of 18 U.S.C. §§ 922(g)(3) and |
| | 924(a)(2) |
| Defendant. | |
| | CRIMINAL FORFEITURE |
| | ALLEGATION: |
| | Pursuant to 18 U.S.C. § 924(d) and |
| | 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

//

//

## COUNT 1

On or about April 7, 2020, within the District of Alaska, the defendant, RAUF ISNAIL SCOTT, a knowing and unlawful user of a controlled substance, did knowingly possess, in and affecting interstate or foreign commerce, a firearm and ammunition, to wit: an SCCY CPX-2 pistol and 9-mm ammunition.

All of which is a violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2), as set forth in Count 1 of this Indictment, the defendant, RAUF ISNAIL SCOTT shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following, an SCCY CPX-2 pistol, serial number 575557, and 9-mm ammunition seized from room 126 of the Chelsea Inn in Anchorage, Alaska, on April 7, 2020.

//

//

//

//

Case 3:20-cr-00066-JMK-DMS   Document 2   Filed 07/23/20   Page 2 of 3

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Allison M. O'Leary
ALLISON M. O'LEARY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE:    July 22, 2020